# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LYNELLE M. DAWSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-338-JHP-SPS |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the court's order of November 27, 2012, granting the Defendant's Motion to Dismiss Plaintiff's Amended Complaint, the Court enters judgment in favor of Defendant and against Plaintiff in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 27th day of November, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma